## POPE v. STATE.
### No. 26134.

Court of Criminal Appeals of Texas.

Dec. 17, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for the sale of liquor in a dry area. Appellant having waived trial by jury, the court found him guilty as charged and assessed his punishment at 60 days in jail.

The proceedings appear to be regular and nothing is presented for the consideration of this court, there being no statement of facts nor bills of exception brought forward in the record.

The judgment is affirmed.

## SPENCER v. STATE.
### No. 26127.

Court of Criminal Appeals of Texas.

Dec. 17, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The unlawful sale of whisky in a dry area is the offense; the punishment, a fine of $350.

In the absence of a statement of facts or bills of exception, nothing is presented for consideration.

The judgment is affirmed.

Opinion approved by the Court.